UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

    JAMES DEANGELUS                    BK-14-10350
        Debtor                        CHAPTER 13

## OBJECTION TO CONFIRMATION

The Trustee objects to confirmation of the debtor's Plan on the following grounds:

1. The Plan does not provide that all of the debtor's projected disposable income to be received will be applied to make payments to unsecured creditors under the Plan. *See* 11 U.S.C. §1325(b)(1)(B);

2. The Plan is not proposed in good faith in violation of 11 U.S.C. §1325(a)(3);

3. The value of property to be distributed under the Plan is less than the amount which would be distributed in a Chapter 7 case. *See* 11 U.S.C. §1325(a)(4); and

4. The Plan is not feasible.

                                        /s/ John Boyajian

                                        John Boyajian, Trustee
                                        182 Waterman Street
                                        Providence, RI 02906
                                        Tel:(401) 223-5550
                                        Fax:(401) 223-5548

## CERTIFICATION

I hereby certify that a copy of the within Objection was mailed, postage prepaid, to James DeAngelus, 15 Brett Drive, Foster, RI 02825 and electronically mailed to Keven McKenna, Esq. at keven@kevenmckennapc.com on May 15, 2014.

                                        /s/ Dana A. Westerkamp